UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERAHMI CUMBY, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY SERVICES LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No. 2:25-cv-02582-SB (BFMx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Judge:  Hon. Stanley Blumenfeld, Jr.<br>Crtrm:  6C |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: MAY 15, 2025

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

Case No. 2:25-cv-02582-SB (BFMx)