JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERAHMI CUMBY, an individual;<br>  Plaintiff,<br>vs.<br>AT&T MOBILITY SERVICES LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive;<br>  Defendants. | Case No. 2:25-cv-02582-SB -BFM<br><br>**ORDER DIMISSING ACTION WITH PREJUDICE** |

## ORDER

Pursuant to the Joint Stipulation Dismissing Action with Prejudice under Federal Code of Civil Procedure 41(a), IT IS HEREBY ORDERED that Plaintiff's Complaint and this entire action, including all claims against Defendants, are dismissed with prejudice. The case remains closed.

**IT IS SO ORDERED.**

DATED: July 24, 2025

_____
STANLEY BLUMENFELD, JR.
U.S. DISTRICT JUDGE

ORDER DIMISSING ACTION WITH PREJUDICE